**Charles Lesley AMES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 11483.

Circuit Court of Appeals, Eighth Circuit.
Aug. 1, 1939.

A. W. Clapp, Charles W. Briggs, and Wayne C. Gilbert, all of St. Paul, Minn., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals for further proceedings, per stipulation of party.

**H. F. ASMUSSEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 11481.

Circuit Court of Appeals, Eighth Circuit.
Aug. 1, 1939.

A. W. Clapp, Charles W. Briggs, and Wayne C. Gilbert, all of St. Paul, Minn., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals for further proceedings, per stipulation of party.

**Procopio BADALAMENTI, Appellant, v. UNITED STATES of America.**

No. 11369.

Circuit Court of Appeals, Eighth Circuit.
April 21, 1939.

Joseph Catanzaro, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed for want of prosecution, on motion of appellee and consent of appellant; appellant ordered to surrender to custody.

**J. P. BAILEY, Appellant, v. UNITED STATES of America.**

No. 11197.

Circuit Court of Appeals, Eighth Circuit.
March 15, 1939.

Roy W. Rucker and James Daleo, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgment and sentence vacated, etc., and cause remanded with full power and authority in District Court to permit appellant to change his pleas, etc., on motion of appellant and consent of counsel for appellee.